IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN YARNALL, et al., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA SCHOOL DISTRICT, et al. | : | NO. 11-3130 |
| | : | |

## ORDER

**AND NOW**, this 4th day of October, 2013, having considered Motions for Reconsideration from Plaintiffs (Doc. No. 74) and from Defendants (Doc. No. 73), and all responses thereto, it is hereby **ORDERED** that:

1. Plaintiffs' "Motion to Accept Attached Memorandum in Support of Motion for Reconsideration" (Doc. No. 75) is **GRANTED**.

2. Plaintiffs' Motion for Reconsideration (Doc. No. 74) is **DENIED**. Accordingly, the Philadelphia Federation of Teachers is **DISMISSED** as a party from this action.

3. Plaintiffs' request in the alternative, that dismissal of their negligence and conspiracy claims against the PFT and § 1983 claims against Defendant Shirl Gilbert in his official capacity, be marked as denied without prejudice so that these claims may be re-filed at a later date, is **DENIED**.

4. Defendants' Motion for Reconsideration (Doc. No. 73) is **GRANTED**, in part.

    a. Plaintiffs' PHRA sex discrimination and retaliation claims are **DISMISSED** for failure to exhaust administrative remedies.

    b. Defendants' Motion for Reconsideration of this Court's equitable tolling of Plaintiffs' PHRA race discrimination charge is **DENIED**. However,

denial of this motion is made without prejudice. Defendants may re-raise this issue upon close of discovery.

5. Plaintiffs shall, within ten (10) days of this Order, file a single amended complaint.

6. The parties shall promptly initiate a <u>joint</u> call to the Court's chambers to schedule an in-person status conference, to be scheduled for a date closely following the filing of an amended complaint.

BY THE COURT:

<u>/s/ L. Felipe Restrepo</u>
L. Felipe Restrepo
United States District Court Judge