IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN YARNALL et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA SCHOOL DISTRICT et al. | : | NO. 11-3130 |
| | : | |

## ORDER

**AND NOW**, this 30th day of September, 2014, upon consideration of the parties' motions for summary judgment and the oppositions, replies, and surreply thereto, and having held oral argument on the motions, it is hereby **ORDERED** that the motions are resolved as follows:

1. Having considered all relevant briefing (ECF Nos. 144, 148, 149) and oral argument, Plaintiffs' Motion for Partial Summary Judgment (**ECF No. 144**) is **DENIED**.

2. Having considered all relevant briefing (ECF Nos. 140, 150, 154, 161) and oral argument, Defendant Ishmael's Motion for Summary Judgment (**ECF No. 140**) is **GRANTED** as to all claims against her (Count II - § 1983, Count IV – PHRA, Count VI – Punitive Damages) and is terminated as a party in this action.

3. Having considered all relevant briefing (ECF Nos. 142, 150, 157, 161) and oral argument, Defendant Gilbert's Motion for Summary Judgment (**ECF No. 142**) is **GRANTED** as to all claims against him (Count II - § 1983, Count IV – PHRA, Count VI – Punitive Damages) and is terminated as a party in this action.

4. Having considered all relevant briefing (ECF Nos. 144, 150, 155, 161, 164, 170) and oral argument, Defendant Ray's Motion for Partial Summary Judgment as to Count IV - PHRA (**ECF No. 164**) is **GRANTED**.

2

5. Having considered all relevant briefing (ECF Nos. 141, 150, 157, 161) and oral argument, Defendant School District's Motion for Summary Judgment (**ECF No. 141**) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with respect to: (1) Plaintiffs' Title VII disparate treatment race discrimination claim in Count I; (2) Plaintiffs' PHRA claims in Count IV; and (3) Plaintiffs' Title VII claims in Count V. The motion is **DENIED** with respect to Plaintiffs' Title VII hostile work environment claim in Count I.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE