IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN YARNALL et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA SCHOOL DISTRICT et al. | : | NO. 11-3130 |
| | : | |

**ORDER**

**AND NOW**, this 31st day of March, 2015, upon consideration of Defendant Philadelphia School District's Motion in Limine (ECF No. 179), Plaintiffs' Response in Opposition (ECF No. 182), Defendant Philadelphia School District's Reply in Support (ECF No. 190) and Supplemental Brief in Further Support (ECF No. 205), Plaintiffs' Supplemental Response in Opposition (ECF No. 212), and the oral argument, it is hereby **ORDERED** that Defendant Philadelphia School District's Motion in Limine (**ECF No. 179**) is **DENIED** as follows:

1. The Philadelphia School District's request that the Court enter summary judgment on Count III in favor of Ray pursuant to Rule 56(f) of the Federal Rules of Civil Procedure is **DENIED**.

2. The Philadelphia School District's request that Plaintiffs be precluded from offering evidence relating to Rodney Bradley's alleged activities is **DENIED**.

3. The Philadelphia School District's request for separate trials pursuant to Rule 42(b) of the Federal Rules of Civil Procedure is **DENIED**.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE