IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN YARNALL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA SCHOOL | : | |
| DISTRICT, et al. | : | NO. 11-3130 |

<u>ORDER</u>

AND NOW, this 18th day of April, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiffs "for Injunctive Relief to Require Amendment of the Defendant's Harassment Policy" (Doc. # 266) is DENIED;

(2)  the motion of plaintiffs "to Amend the Final Order Entered on June 16, 2015 to Include Post Judgment Interest on Monetary Awards" is DENIED as moot; and

(3)  the supplemental motion of plaintiffs for injunctive relief (Doc. # 276) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.