```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| COLLEEN YARNALL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA SCHOOL | : | |
| DISTRICT, et al. | : | NO. 11-3130 |

<u>ORDER</u>

AND NOW, this 19th day of August, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the petition of plaintiffs for attorney's fees and costs (Doc. # 282) is DENIED insofar as it seeks attorney's fees;

(2)  insofar as plaintiffs seek costs under 28 U.S.C. § 1920, the petition is DENIED without prejudice to plaintiffs' right to file a bill of costs for determination by the Clerk of Court in the first instance;

(3)  insofar as it seeks prejudgment interest, the petition is DENIED; and

(4)  insofar as it seeks postjudgment interest, the petition is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.